**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**FRANKIE TERRELL JONES** **PETITIONER**

**v.** **No. 3:25CV199-SA-JMV**

**WARDEN ANGELENA JOHNSON** **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 21st day of September, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE